1505 AND 1509 PACIFIC STREET CORPORATION, Appellant, v. HIGH REALTY COMPANY, INC., and PAUL A. BOGOSSIAN, Respondents.— Judgment unanimously

* Affd., 248 N. Y. 580.

affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.